FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 24 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy    DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EDDIE LEE CHAPMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>BOB HOOPS, et al.,<br><br>    Defendants. | Case No. EDCV 12-00408 UA (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED AND DECREED THAT this action is dismissed with prejudice for the reasons set forth in the Court's corresponding Minute Order.

DATED:   September 21, 2012

_____
GEORGE H. KING
CHIEF JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 24 2012

CENTRAL DISTRICT OF CALIFORNIA
BY    DEPUTY